IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs                                CIVIL ACTION NO CV604-122

TRELLIS DODSON, ABBIGAIL COWART,
HUGH SMITH, Warden, ERIC HEMPHILL,
JUDY WILSON, GWEN STRICKLAND,
and RONALD SUGGS,

    Defendants

## ORDER

In a pleading titled "Response and Requests" (Doc 16), Plaintiff requests copies of the Defendants' filings A review of the Clerk's docket shows that defendants have not made any filings in this case Accordingly, Plaintiff's request for copies is **dismissed**

SO ORDERED, this 10th day of May, 2005

JAMES E GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev 8/82)