IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; and HUGH SMITH, Warden,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a motion asking the Court to direct his current custodian to cease deductions from his Inmate Trust Account because his filing fee in this case has now been paid in full. (Doc. 47.) A review of the Clerk's financial records shows that the Plaintiff's filing fee has been paid in full in this case. Accordingly, Plaintiff's request is **GRANTED**. The Clerk is authorized and directed to serve a copy of this Order upon the parties and Plaintiff's custodian. Said custodian is advised to cease deductions from Plaintiff's Inmate Trust Account for payment of the filing fee in this civil action.

**SO ORDERED**, this 1st day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)