IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; and HUGH SMITH, Warden,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a Motion for Reconsideration (Doc. 51) of this Court's Order dated November 14, 2005. That Order denied Plaintiff's Motion to Amend his complaint. After review, Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated November 14, 2005, shall remain the Order of the Court.

**SO ORDERED**, this 1st day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)