IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; and HUGH SMITH, Warden,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Defendants filed a Motion for Reconsideration (Doc. 39) of the undersigned's Report and Recommendation filed October 17, 2005. The "motion" was construed as Defendants' Objections to the Report and Recommendation and was considered by the Court. Accordingly, Defendants' Motion for Reconsideration is **DISMISSED**.

**SO ORDERED**, this 1st day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)