IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; and HUGH SMITH, Warden,

    Defendants.

CIVIL ACTION NO.: CV604-122

### ORDER

Plaintiff has filed a Motion for Discovery Documents and/or Tangibles Without Pre-Payment. Plaintiff's motion is **DENIED**. Defendants have no obligation to provide free copies of documents to Plaintiff.

Additionally, in a letter to the Clerk attached to this motion, Plaintiff requests a copy of the docket sheet for this case. The Clerk is authorized and directed to provide Plaintiff with a copy of the docket sheet.

**SO ORDERED**, this 17th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)