IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; and HUGH SMITH, Warden,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a "Motion to Propound More Than 25 Interrogatories and Admissions to Defendants." Plaintiff's motion is **DENIED** at this time. Plaintiff may propound twenty-five interrogatories and requests for admissions to each Defendant.

SO ORDERED, this 17th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)