IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
_11:15_ A.M.
July 21, 2006
Deputy Clerk

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; and HUGH SMITH, Warden,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a Motion to Propound More than Twenty-five Admissions. Said motion is **DENIED** at this time. Twenty-Five (25) admissions propounded to **each** defendant appears to be sufficient.

**SO ORDERED**, this 21st day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)