IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL
COWART; HUGH SMITH, Warden,
and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a "Motion to Compel Discovery and Invocation of the Courts Inherent Powers." (Doc. 112.) In his motion, Plaintiff asserts that Defendants have failed to respond to his Interrogatories and Requests for Production of Documents[1]. Defendants filed a response to the Motion to Compel stating that responses have been served upon Plaintiff. Plaintiff then filed a Motion to Amend the Motion to Compel (Doc. 117) seeking to attach copies of the discovery propounded upon Defendants. Plaintiff's Motion to Amend the Motion to Compel is **granted**. However, Plaintiff did not provide copies of Defendants' discovery responses, nor has he stated which response(s) he believes are inadequate. Plaintiff's Motion to Compel Discovery motion is **DENIED**. Local Rule 26.5 provides that Motions to Compel Discovery shall quote verbatim each interrogatory and request for production and any

---

[1] Plaintiff also seeks an Order directing counsel for Defendants to provide him with an address where Defendant Abbigail Cowart can be served. At Defendant Cowart has made an appearance by filing an answer to Plaintiff's complaint, that portion of Plaintiff's Motion to Compel is moot and therefore **dismissed**.

AO 72A
(Rev. 8/82)

objection thereto. Plaintiff has not complied with this requirement; therefore, the court has insufficient information to assess the validity of Plaintiff's motion.

**SO ORDERED**, this 14th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE