IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff filed a "Motion for Court to Intervene and Take Actions/Place Order as Deemed Necessary." (Doc. 120.) Plaintiff again asserts that the Defendants have obstructed his inmate mail which affects his access to the Courts. He states that Defendants have acted in bad faith and failed to provide discovery pursuant to the Federal Rules of Civil Procedure. Plaintiff's motion is **DENIED**. Plaintiff's assertion that Defendants have obstructed his access to the Court appears to be untrue. A review of the Clerk's docket shows that Plaintiff has filed over 56 pleadings in this case. If Plaintiff believes that Defendants' discovery responses are inadequate, he may file the appropriate motion to compel.

Additionally, Plaintiff has not served a copy of his motion upon counsel for Defendants as required. The merits of future pleadings filed by the Plaintiff that have not been served upon defense counsel will not be considered by the Court.

**SO ORDERED**, this 14th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)