IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a second Motion to Propound More than Twenty-five Interrogatories Per Defendant. Defendants have filed a Response. Plaintiff's motion is **DENIED** at this time. Twenty-Five (25) interrogatories propounded to **each** defendant appears to be sufficient.

**SO ORDERED**, this 14th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)