IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a "Motion to Discover Documents/Tangibles Without Payment." (Doc. 121.) Plaintiff asserts that he is indigent and he seeks an order directing the Defendants to provide documents to him at no charge. He further states that the Defendants have obstructed his inmate mail which affects his access to the Courts. Plaintiff's motion is **DENIED**. The Defendants have no obligation to provide copies to Plaintiff at no charge.

**SO ORDERED**, this 14th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)