IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a Motion for Reconsideration (Doc. 141) of this Court's Order dated August 7, 2006. That Order denied, in part, Plaintiff's Motion to Amend his Complaint. Upon review, Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated August 7, 2006, shall remain the Order of the Court.

**SO ORDERED**, this 25th day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)