IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 25 A 10: 59

CLERK _____
SO. DIST. OF GA.

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff's Motion to Voluntarily Withdraw his Motion for Reconsideration to Propound Additional Interrogatories (Doc. 166) is hereby **GRANTED**. Plaintiff's Motion for Reconsideration (Doc. 146) is **dismissed**.

**SO ORDERED**, this 25th day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)