IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 25 A 10: 59

CLERK_____
SO. DIST. OF GA.

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff filed a Motion to Compel (Doc. 152) asserting that some of Defendants' responses to his Requests for Production of Documents are inadequate and insufficient. Plaintiff seeks an order directing Defendants to provide the requested copies to him at no charge. Defendants have filed a response to Plaintiff's motion. The Court finds that the Defendants' discovery responses are adequate and sufficient. Plaintiff's motion to compel is hereby **DENIED**. As noted in Defendants' response, Defendants have no obligation to provide copies to Plaintiff at no charge to Plaintiff.

**SO ORDERED**, this 25th day of September, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)