IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a "Motion for Court to Interview Witnesses." He asks that the Court order Defendants to provide the work or home addresses of various witnesses, some of whom are former corrections officers, so that "this court can interview the named witnesses by utilizing the proposed questions," or direct Defendants' counsel to agree to Plaintiff's submission of interrogatories to these witnesses, or for the Court to appoint a Special Master to interview his witnesses. Defendants have filed a response to the motion and Plaintiff has replied. Plaintiff's Motion is **DENIED**.

**SO ORDERED**, this 7th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)