IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT

2006 DEC -7 P 1:47

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

# ORDER

Plaintiff has filed a "Motion to Strike Deposition From Pleading or Parts Thereof." He asserts his deposition should be stricken because he was not allowed to read and sign it. Defendants have filed a response to the motion. Plaintiff's Motion to Strike is **DENIED**.

**SO ORDERED**, this 7th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)