IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

In a pleading titled "Plaintiff's Motion to Enter a Protective Order," Plaintiff moves the Court for an order directing the Defendants to provide the addresses and telephone numbers of persons formerly employed at Georgia State Prison in Reidsville, Georgia, to Plaintiff or Mr. John Berry, a non-party and non-attorney, for the purpose of interviews and obtaining affidavits. Plaintiff has also filed a Motion to Supplement this motion with an affidavit of John Eric Berry. Plaintiff's Motion to Supplement is **granted**. Defendants have filed a response objecting to Plaintiff's Motion to Enter Protective Order for security reasons. After review, Plaintiff's pleading titled "Motion to Enter a Protective Order," as supplemented, is **DENIED**.

**SO ORDERED**, this 18th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)