IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated October 31, 2006. That Order denied Plaintiff's Motion for In Camera Inspection. Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated October 31, 2006, shall remain the Order of the Court.

**SO ORDERED**, this 18th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)