IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 21 P 3: 12

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed a "Notice of Possible Obstruction and Request." He asks that the Clerk provide him with a copy of the docket of this case. The Clerk is authorized to forward Plaintiff a copy of the docket at no charge.

**SO ORDERED**, this 21st day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)