IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

In a Motion to Compel Discovery from Defendants filed on January 17, 2007 (Doc. 224), Plaintiff again seeks an order allowing a non-attorney to collect Plaintiff's discovery documents. He also seeks sanctions against Defendants and their counsel for their "bad faith acts." Defendants have filed a response to Plaintiff's Motion to Compel Discovery. Plaintiff's Motion to Compel is **DENIED**. Plaintiff's motion for sanctions is without merit, and it is **denied**.

SO ORDERED, this 31st day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE