IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

In a Motion to Compel Discovery Requests filed on January 11, 2007 (Doc. 220), Plaintiff again complains that the document viewing and inspection "was obstructed through bad faith acts" of defendants and their attorney. Plaintiff has attached a copy of the discovery about which he complains and the Defendants' responses to that discovery. Defendants have filed a response to Plaintiff's Motion to Compel. After review of the discovery requests and the discovery responses, and based upon the representations in the Defendant's response to the motion to compel, Plaintiff's motion is **DENIED**.

SO ORDERED, this 31st day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE