IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -2  A 11: 28

CLERK _____
  S. DIST. OF GA

DEXTER SHAW,

    Plaintiff,

vs.

TRELLIS DODSON; ABBIGAIL COWART; HUGH SMITH, Warden, and FRED BROWN,

    Defendants.

CIVIL ACTION NO.: CV604-122

## ORDER

Plaintiff has filed another "Motion for Sanctions Under Rule 11." (Doc. 230.) He makes the same assertions in this motion as he has made in previous motions to compel and for sanctions. Like the other motions, this motion is without merit. Plaintiff's Motion for Sanctions is **DENIED**.

**SO ORDERED**, this 2nd day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)