U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
3:55 P M
9-19 2007
/s/
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

    Plaintiff,

v.

              604CV122

TRELLIS DODSON and HUGH SMITH,

    Defendants.

## FINAL JUDGMENT

On 9/19/07, the Court conducted a jury trial in this 42 U.S.C. § 1983 case brought by inmate-plaintiff Dexter Shaw. Both sides put on their case, witnesses were called, and the Court instructed the jury. Following deliberations, the jury returned a verdict in favor of the defendants. The Court therefore **DISMISSES** plaintiff's Complaint **WITH PREJUDICE**, with all costs taxed against the plaintiff.

This 19th day of September, 2007.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA