UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER SHAW,

Plaintiff,

v.         6:04-cv-122

TRELLIS DODSON,

Defendant.

## ORDER

A jury returned a verdict against Plaintiff Dexter Shaw on June 28, 2011. *See* Doc. 509. Shaw has now appealed. *See* Doc. 513. Shaw moves this Court (1) to be informed of the costs of certain documents, *see* Doc. 512, (2) for the right to appeal *in forma pauperis* ("IFP"), *see* Doc. 514, and (3) for the return of evidence he entered at trial, *see* Doc. 515.

Shaw asks the Court to count the pages of various documents and transcripts and give him a quote on the cost of obtaining those documents. *See* Doc. 512. Federal Rule of Appellate Procedure 10(b) allows an appellant to order a transcript of the proceedings. If Shaw wishes to obtain one, he may order it, but this Court will not be compiling a price quote for Shaw so that he may consider his options. Shaw's motion to be informed of costs, *see* Doc. 512, is *DENIED*.

"An appeal may not be taken [IFP] if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Good faith means that an issue exists on appeal that is not frivolous when judged under an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Busch v. Cnty. of Volusia*, 189 F.R.D. 687, 691 (M.D. Fla. 1999). A claim is frivolous if it is "without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

Shaw's nine claims are frivolous and his appeal is not taken in good faith. His motion to appeal IFP, *see* Doc. 513, is *DENIED*.

Finally, Shaw moves the Court to return evidence that he entered into the record. *See* Doc. 515. These documents are part of the record of this case and have been forwarded to the Eleventh Circuit. *See* Doc. 516. If Shaw wishes to pay for copies he may order them from the clerk. Shaw's motion for the return of documents, *see* Doc. 516, is *DENIED*.

Shaw's three motions before the Court, *see* Docs. 512, 514, 515, are *DENIED*.

This 21st day of July 2011.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA